IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY

JUL 21 2005

Thomas M. Gould, Clerk
U. S. District Court
W. D. OF TN, Memphis

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | Cr. No. 1288 |
| vs. | ) | |
| | ) | 05-20277 D An |
| DESHONE L. SKINNER, | ) | |
| MICHAEL WORTHAM, | ) | |
| and | ) | |
| GENO BONDS, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Upon motion of the United States, the indictment and arrest warrant against the above-named Defendants are hereby ordered sealed, until the initial appearance of the defendants, in the instant case.

IT IS SO **ORDERED** this 21st day of July, 2005.

S. Thomas Anderson
U.S. MAGISTRATE JUDGE


Approved by
Joseph C. Murphy, Jr., AUSA

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 8-23-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 6 in case 2:05-CR-20277 was distributed by fax, mail, or direct printing on August 23, 2005 to the parties listed.

---

Joseph C Murphy
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT