D

FILED BY __JBW__ .D.C.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

05 AUG 22 AM 9: 14

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN. MEMPHIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CR. NO. 05-20277-D |
| | ) | |
| vs. | ) | |
| | ) | |
| DESHONE L. SKINNER, | ) | |
| MICHAEL WORTHAM, | ) | |
| GENO BONDS, | ) | |
| | ) | |
| Defendants. | ) | |

### MOTION TO UNSEAL INDICTMENT

The United States of America hereby requests that the Court unseal the Indictment in this matter. At the Government's request, the Court sealed this document to permit the Government to execute the arrest warrants on the defendants. The arrest warrants have been executed, and there is no longer any need to seal the Indictment.

DATED: August 22, 2005.

Respectfully submitted,

TERRELL L. HARRIS
United States Attorney

By: _____
Joseph C. Murphy
Assistant U.S. Attorney

**MOTION GRANTED**
DATE: 8/22/2005

_____
BERNICE BOUIE DONALD
U.S. DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 8-23-05



# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 8 in case 2:05-CR-20277 was distributed by fax, mail, or direct printing on August 23, 2005 to the parties listed.

---

Joseph C Murphy
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT