IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _JSW_ D.C.

05 AUG 22 AM 9:14

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | CR. NO. 05-20277-D |
| vs. | ) ) ) | |
| DESHONE L. SKINNER, MICHAEL WORTHAM, GENO BONDS, | ) ) ) ) | |
| Defendants. | ) | |

## ORDER

The United States having requested that the Court unseal the Indictment, and the Court being satisfied that sealing is no longer necessary, it is hereby

ORDERED that all of the above document is UNSEALED.

Date: August 22, 2005
Memphis, Tennessee

_____
UNITED STATES MAGISTRATE JUDGE

APPROVED: _____
Joseph C. Murphy
Assistant U.S. Attorney

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _8-23-05_

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 9 in case 2:05-CR-20277 was distributed by fax, mail, or direct printing on August 23, 2005 to the parties listed.

Joseph C Murphy
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT