UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY AGT D.

2005 AUG 23 PM 4:11

THOMAS M. GOULD
CLERK US DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) CR. No. 05-20277 |
| vs. | ) |
| | ) |
| DESHONE L. SKINNER, et al | ) |

### APPLICATION, ORDER and WRIT FOR HABEAS CORPUS AD PROSEQUDUM

Thomas A. Colthurst applies to the Court for a Writ to have Michael Wortham; DOB 04/14/1977; Inmate # 106871, now being detained in the Mississippi Department of Correction-Parchman Penitentiay, appear before the Honorable S. Thomas Anderson on September 8, 2005 at 2:00 p.m. for an Initial Appearance and such other appearances as this Court may direct.

Respectfully submitted this 23rd day of August, 2005.

Respectfully submitted,

TERRELL L. HARRIS
UNITED STATES ATTORNEY

Thomas A. Colthurst
Assistant U. S. Attorney
167 N. Main Street, 8th Floor
Memphis, Tennessee 38103
(#018324 Tennessee)

◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆

Upon consideration of the foregoing Application,

DAVID G. JOLLY, U.S. MARSHAL, WESTERN DISTRICT OF TENNESSEE, MEMPHIS, TN
SHERIFF/WARDEN - MISSISSIPPI DEPARTMENT OF CORRECTION PARCHMAN PENITENTAIRY

YOU ARE HEREBY COMMANDED to have Michael Wortham; DOB 04/14/1977; Inmate # 106871, appear before the Honorable S. Thomas Anderson at the date and time aforementioned.

ENTERED this 23 day of August, 2005.

Tu M. Pham
United States Magistrate Judge

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _____

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 11 in case 2:05-CR-20277 was distributed by fax, mail, or direct printing on August 25, 2005 to the parties listed.

---

Joseph C Murphy
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT