IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 AUG 24 PM 12: 16

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA

V.                                              Cr. No. 05-20277-01-D

DESHONE L. SKINNER

## ORDER SPECIFYING PERIOD OF
## DELAY EXCLUDABLE UNDER SPEEDY TRIAL ACT

The defendant has this day notified the Court that he or she is attempting to obtain private counsel to represent him or her in this action. Pursuant to the Speedy Trial Act, as set out in 18 U.S.C. § 3161(h)(8)(B)(iv), a defendant may be granted a period of excludable delay while attempting to obtain private counsel.

IT IS THEREFORE ORDERED that the time period of ___08-24-05___ through ___09-07-05___ be excluded from the time limits imposed by the Speedy Trial Act for trial of this case, while the defendant is attempting to obtain private counsel.

**ARRAIGNMENT IS RESET TO WEDNESDAY,** ___09-07-05___ **at 9:30 a.m.**
**BEFORE MAGISTRATE JUDGE** ___VESCOVO___.

S. Thomas Anderson
UNITED STATES MAGISTRATE JUDGE

DATE: ___08/24/05___

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on ___8-25-05___



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 16 in case 2:05-CR-20277 was distributed by fax, mail, or direct printing on August 25, 2005 to the parties listed.

---

William C. Gosnell
LAW OFFICE OF WILLIAM C. GOSNELL
245 Exchange Ave.
Memphis, TN 38105

Joseph C Murphy
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT