FILED BY _____ D.C.

05 SEP -9 PM 3: 53

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

    Case No.: 05-20277 D

DESHONE SKINNER,

    Defendant.

## ORDER GRANTING CHANGE OF BAIL CONDITIONS

On September 8, 2005, the parties appeared before the court seeking leave to change bail conditions of Defendant Deshone Skinner. After mutual consent of the parties, the court granted Defendant's motion in open court.

IT IS HEREBY ORDERED that Defendant Deshone Skinner is granted leave to relocate with his parents at their home located at 505 North 17th Street, West Memphis, Arkansas, 72301.

**IT IS SO ORDERED** this ___8___ day of __September__, 2005.

_____
BERNICE BOUIE DONALD
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _9/12/05_

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 37 in case 2:05-CR-20277 was distributed by fax, mail, or direct printing on September 12, 2005 to the parties listed.

---

Joseph C Murphy
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

PDA
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

April Rose Goode
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

William C. Gosnell
LAW OFFICE OF WILLIAM C. GOSNELL
245 Exchange Ave.
Memphis, TN 38105

Honorable Bernice Donald
US DISTRICT COURT